IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PLUMBERS & STEAMFITTERS LOCAL NO. 434
HEALTH & WELFARE FUND; PLUMBERS &
STEAMFITTERS LOCAL NO. 434 UNION
ASSESMENT FUND; PLUMBERS &
STEAMFITTERS LOCAL NO. 434 EDUCATION
FUND; PLUMBERS & STEAMFITTERS LOCAL NO.
434 ORGANIZING FUND; PLUMBERS &
STEAMFITTERS LOCAL NO. 434 INDUSTRY
FUND; PLUMBERS & STEAMFITTERS LOCAL NO.
434 SUPPLEMENTAL PENSION FUND; and
PLUMBERS & PIPEFITTERS NATIONAL PENSION
FUND,

      Plaintiffs,

v.

CCK, LTD., d/b/a GALESVILLE EXCAVATING,
PLUMBING & HEATING,

      Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-394-wmc

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered granting plaintiffs' motion for summary judgment. Plaintiffs are awarded damages in the total amount of $39,900.35.

s/Peter Oppeneer            4/1/13
Peter Oppeneer, Clerk of Court            Date